### (June 24, 1970)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CRESCIMANNO, Petitioner, v. PAUL C. AGNEW, as Director of Dannemora State Hospital, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for

a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Reynolds, Staley, Jr., and Greenblott, JJ., concur.